United States District Court

Eastern District of California

Rowland Dewitt Pugh,

     Plaintiff,                   No. Civ. S 04-1091 DFL PAN P

  vs.                         Order

A. Stone, et al.,

     Defendants.

-oOo-

Plaintiff is a state prisoner litigating a civil rights action. He does not have leave to proceed in forma pauperis.

April 18, 2005, plaintiff submitted summons and requested the court issue them for service upon the 12 defendants identified in the court's March 17, 2005, order.

Good cause appearing, plaintiff's April 18, 2005, request is

///

///

///

1  granted.  The Clerk of Court shall issue the summons and return
2  them to petitioner.
3      So ordered.
4      Dated:  April 26, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge